United States District Court
Southern District of Texas
**ENTERED**
July 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Radley Bradford, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-23-1200 |
| Nav Technologies, Inc., | § § § | |
| Defendant. | § § § | |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed on July 3, 2023 the above referenced case is hereby dismissed with prejudice as to Plaintiff's individual claims against Defendant Nav Technologies, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the dismissal of the class claims without prejudice pursuant to Federal Rule of Civil Procedure 23(e). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this __6__ day of July, 2023.

DAVID HITTNER
United States District Judge